UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE MATTER OF:

JOHN A. DONOVAN, III

ORDER

The Petition for Admission to the bar of this Court pursuant to L.R. Gen. 202(a)(2)(B) is hereby GRANTED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 7, 2008